162 F.3d 1152
 Steamship Mutual Underwriting Association, Bermuda, Limited
v.
Business Men's Assurance Company of America, Frankona
American Life Reassurance Company, Insurance Corporation of
Hannover, Maine Fidelity Life Insurance Company,
Manufacturers Life Insurance Company, Mutual Benefit Life
Insurance Company, New York Life Insurance Company, North
American Life Assurance Company, Oxford Life Insurance
Company, Provident Mutual Life Insurance Company, Security
 NO. 97-5678
 United States Court of Appeals,
Third Circuit.
 June 18, 1998
 Appeal From: D.N.J. ,No.95cv05414
 
 1
 Appeal Dismissed.